UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLAN DOUGLAS TODD,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | CASE NUMBER: 1:21-cv-01354-GSA<br><br>**ORDER REMANDING CASE TO THE COMMISSIONER AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand," Doc. 10), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **October 18, 2021**              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE